UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY D. LEE,

        Petitioner,

v.                               Case No.10-12202

CAROL HOWES,

        Respondent.
                               /

**ORDER DIRECTING REPLY**

Petitioner Larry D. Lee filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his convictions for third- and fourth-degree criminal sexual conduct. On December 13, 2010, Respondent Carol Howes filed a response, which was supplemented on August 3, 2011. On August 9, 2011, attorney John Minnock filed an appearance on behalf of Petitioner. As Respondent's supplemental response raised potentially dispositive issues, and in light of the appearance of counsel for Petitioner, the court finds it in the interest of justice to order a reply from Petitioner. Accordingly,

IT IS ORDERED that Petitioner Larry D. Lee is DIRECTED to file a reply on or before **August 23, 2011**. Petitioner may supplement the record with any further material, as necessary.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  August 10, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 10, 2011, by electronic and/or ordinary mail.

                                          s/Lisa Wagner  
                                          Case Manager and Deputy Clerk  
                                          (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-12202.LEE.Order.Directing.Reply.nkt.wpd