UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LARRY LEE,

        Petitioner,

v.                                                                                  Case No. 10-12202

RANDALL HAAS,

        Respondent.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Conditionally Granting Petition for Writ of Habeas Corpus and Granting Certificate of Appealability" dated June 17, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Petitioner Larry Lee and against Respondent Randall Haas.  Dated at Detroit, Michigan, this 17th day of June 2016.


                              DAVID J. WEAVER
                              CLERK OF THE COURT

                          S/Lisa Wagner
                     By:  Lisa Wagner, Case Manager
                        to Judge Robert H. Cleland