UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY LEE,

        Petitioner,

v.                                           Case Number: 10-12202

CAROL HOWES,

        Respondent.
_____/

**JUDGMENT**

In accordance with the court's "Amended Opinion and Order Conditionally Granting Petition for Writ of Habeas Corpus and Granting Certificate of Appealability," dated June 24, 2016.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Petitioner Larry Lee. Dated at Detroit, Michigan this 24th day of May 2016.

                                                          DAVID J. WEAVER
                                                          CLERK OF THE COURT

                                 BY:    s/Lisa Wagner

APPROVED:

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE